Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-0261-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| ANGEL MANUEL MARTINEZ-SALGADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant having met all conditions of deferral, and by leave of court endorsed hereon, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607 of citation 1848123, charging a violation of 36 CFR 2.35 (b)(2) Possession of a Controlled Substance.

Dated: February 24, 2011                                NATIONAL PARK SERVICE

                                                                           /S/ Susan St. Vincent
                                                                           Susan St. Vincent
                                                                           Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   February 24, 2011           /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE

1